UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
CHRISTINA L. MILEO, HALVINA KAY           :
MIRACLE, JANICE MORGAN, LIMMIE L.         :
MURPHY, HATTIE MYLES, ADA NELSON,         :
CHARLES NELSON, IRMA NELSON, SYLVIA       :
O'NEILL, JANINE PACIARELLI, ROSALIE       :
PAIGE, JANET PARHAM, REBECCA              :
PARSONS, PATRICIA PATRICK, EVELYN         :
PATTERSON, ELMER PATZKOWSKI,              :
CYNTHIA PERLSON, CONNIE PERRON,           :
MINNIE PERRY, NANCY PETERSON,             :
                                          :
        Plaintiffs.                       :   Civil Action
v.                                        :   No. 04-11386-GAO
                                          :
INDEVUS PHARMACEUTICALS, INC., F/K/A      :
INTERNEURON PHARMACEUTICALS, INC.;        :
WYETH, INC., F/K/A AMERICAN HOME          :
PRODUCTS CORPORATION; WYETH               :
PHARMACEUTICALS, INC F/K/A WYETH-         :
AYERST PHARMACEUTICALS, INC., A           :
DIVISION OF AMERICAN HOME PRODUCTS        :
CORPORATION; AND BOEHRINGER               :
INGELHEIM PHARMACEUTICALS, INC.,          :
                                          :
        Defendants.                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: July 8, 2004                        Respectfully submitted,
    Boston, Massachusetts

                                           /s/Matthew J. Matule
                                           Matthew J. Matule (BBO #632075)
                                           SKADDEN, ARPS, SLATE,
Of Counsel:                                   MEAGHER & FLOM LLP
Barbara Wrubel                             One Beacon Street
Katherine Armstrong                        Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,                      (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                             Counsel for Defendant
                                           Boehringer Ingelheim Pharmaceuticals, Inc